

**U.S. DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA

FILED  NOV − 4 2003

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RONNIE PARKER | * | CIVIL ACTION NUMBER: 03-0545 |
| VERSUS | * | SEC. R MAG. 3 |
| ROWAN COMPANIES, INC. | * | JUDGE VANCE |
| | * | MAGISTRATE JUDGE KNOWLES |

*********************************************************************

### ROWAN COMPANIES, INC.'S SUPPLEMENTAL SUBMITTAL OF EVIDENCE IN SUPPORT OF DISQUALIFICATION MOTION

ROWAN COMPANIES, INC. (ROWAN) respectfully submits the following exhibits in support of its motion to disqualify. Exhibits 1 - 6 were previously submitted to the court and were attached to ROWAN'S motion to disqualify, but are listed again here for the Court's convenience:

Exhibit 1.    7 Martindale-Hubbell Law Directory LA 245B, 246B

Exhibit 2.    Affidavit of William P. Hedrick

    2A.   March 12, 2002, Rowan fax memorandum

    2B.   March 24, 2003, letter from Rowan requesting voluntary withdrawal

    2C.   March 31, 2003, letter from Mr. Best refusing to withdraw

Fee _____
Process _____
X / Dktd _Caa_
✓ CtRmDep _____
Doc. No. _36_

Exhibit 3.      March 5, 2002, letter from Best Koeppel

Exhibit 4.      March 12, 24, 2003, letters from Best Koeppel

Exhibit 5.      September 4, 2002, letter from John W. Lee, Jr.

Exhibit 6.      May 16, 2002, letter from John W. Lee, Jr.

Exhibit 7.      Declaration of William Hedrick with attached exhibit 7-A through 7-V

Exhibit 8.      Declaration of James Rawson

Exhibit 9.      Copy of Affidavit of Laurence Best (the original of which was submitted to the court by Best Koeppel on the appeal of the Magistrate Judge's discovery ruling)

Exhibit 10.     Best Keoppel's answers to Rowan's Interrogatories and Responses to Request for Admissions

Exhibit 11.     Rowan's answers to Best Koeppel's Interrogatories

Exhibit 12.     Declaration of Tina Truxillo regarding files recently received from Best Koeppel

Exhibit 13.     Mr. Koeppel's letter reporting on inspection of CECIL PROVINE, previously submitted to the court under seal for in camera inspection

> Respectfully submitted,
>
> HURLBURT, PRIVAT & MONROSE
> (A Professional Law Corporation)
>
> _____
> DAVID A. HURLBURT, T.A. (#13912)
> GEORGE D. ERNEST III (#16903)
> 700 St. John Street, Suite 200
> Post Office Drawer 4407
> Lafayette, Louisiana 70502
> Telephone: (337) 237-0261
> Facsimile: (337) 237-9117
> **Attorneys for ROWAN COMPANIES, INC.**

**SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED**